AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jimmy Lee Hall )<br>*Petitioner* )<br>v. )<br>United States of America )<br>*Respondent* ) | Civil Action No.   4:16-cv-1602-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is **DISMISSED** without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   August 8, 2016                                                *CLERK OF COURT*

                                                                            s/Debbie Stokes
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*